IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA TOUCHSTONE AND | § | |
| REALIOUS TOUCHSTONE | § | PLAINTIFFS |
| | § | |
| v. | § | CAUSE NO. 1:04CV886 |
| | § | |
| STARR MANUFACTURED HOMES, | § | |
| ET AL. | § | DEFENDANTS |

## JUDGMENT

This cause came on for hearing before the Court on the Motion for Summary Judgment [37] filed by Defendant Southern Energy Homes, Inc, the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED,** that for the reasons cited above, the Motion of the Defendant, Southern Energy Homes, Inc.. for Summary Judgment [37], should be and is hereby **GRANTED**.  Plaintiffs' claims against the Defendant are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 3th day of August, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE